## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | | |
|---|---|---|
| **COREY L. DIAMOND,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | **Civil Action 19-910-CG-MU** |
| | ) | |
| **MOBILE POLICE DEPARTMENT,** | ) | |
| | ) | |
| **Defendant.** | ) | |

## <u>ORDER</u>

After due and proper consideration of the issues raised, and a <u>de novo</u> determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 8, 2019, is **ADOPTED** as the opinion of this Court.

**DONE and ORDERED** this 16th day of December, 2019.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE